IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-147-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **ORDER** |
| $391,952.00 IN U.S. CURRENCY, | )<br>) |
| Defendant. | )<br>)<br>) |

This matter is before the court on the Government's consent motion to stay litigation deadlines due to a lapse in appropriations to the Department of Justice. [DE-16]. For good cause shown, the motion is allowed in part, and this case is stayed for thirty (30) days until **November 26, 2025**. Additionally, the deadlines in the court's June 13, 2025 Scheduling Order, [DE-14], are not extended by operation of this order, and the parties may seek an extension of the stay and/or case deadlines, if necessary, should the lapse in appropriations persist.

SO ORDERED, the 27 day of October, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge